2XU NORTH AMERICA, LLC
6350 YARROW DRIVE, SUITE B
Carlsbad, CA 92011

44 STEAKS
1401 MCKINNEY ST. SUITE 2222
Houston, TX 77010

ACCUNET, LLC
81 S. BROAD STREET, UNIT 102
Pawcatuck, CT 06379

ADIDAS SALES, INC.
P. O. BOX 100384
Atlanta, GA 30384-0384

AGUSTA SPORTSWEAR
P.O. BOX 205601
Dallas, TX 75320

ALO/COLOR IMAGE APPAREL
PO BOX 674807
Detroit, MI 48267-4807

ALPHABRODER
PO BOX 730546
Dallas, TX 75373-0546

ALTRA/ICON HEALTH & FITNESS, INC
P. O. BOX 99661
Chicago, IL 60690

ALTRA/WEIDER
1500 SO. 1000 WEST
Logan, UT 84321

AMPHIPOD, INC
1434 ELLIOTT AVENUE WEST
Seattle, WA 98119

ASICS TIGER CORP.
P.O. BOX 827483
Philadelphia, PA 19182-7483

ATLAS WEARABLES, INC
2110 WHITE HORSE TR
SUITE G
Austin, TX 78757

BAYLOR UNIVERSITY MEDICAL CENTER
P. O. BOX 844013
Dallas, TX 75284-4013

BEYOND YOGA
10559 JEFFERSON BLVD
SUITE C
Culver City, CA 90232

BOA
580 W. LAMBERT RD., BLDG. L
Brea, CA 92821

BODY RIO, LLC
6860 N. DALLAS PARKWAY
Plano, TX 75024

BODYGLIDE
1600 124TH AVE, NE
SUITE G
Bellevue, WA 98005

BODYGLIDE
12443 Bel-Red Rd., #3
Bellevue, WA 98005

BONK BREAKER, LLC
3019 OLYMPIC BLVD
SUITE D
Santa Monica, CA 90404

BROOKS SHOE, INC.
19820 N. CRK. PKWY #200
BOTHELL, WA 98011

BROOKS SPORTS, INC.
P. O. BOX 94353
Seattle, WA 98124-6653

BROOKS SPORTS, INC.
P. O. BOX 94353
Seattle, WA 98124-665

CAPITAL BUSINESS CREDIT LLC
WRIGHTENBERRY
P. O. BOX 100895
Atlanta, GA 30384-4174

CATAWBA SOX, LLCQ
MILBERG FACTORS, INC.
99 PARK AVENUE
New York, NY 10016

CLIF BAR, INC.
PO BOX 742065
Los Angeles, CA 90074-2065

COALISION USA, INC
700 ST-ANTOINE EAST, SUITE 110
MONMTREAL, QC H2Y 1A6
Canada

COLUMBIA SPORTSWEAR COMPAN
PO BOX 935641
Atlanta, GA 31193-5641

CYCLING SPORTS GROUP
6822 PAYSPHERE CIRCLE
Chicago, IL 60674

DE SOTO CLOTHING CO. INC
7584 TRADE STREET
San Diego, CA 92121

DECKERS BRANDS
PO BOX 8424
Pasadena, CA 91109-8424

DECKERS OUTDOOR CORPORATION
PO BOX 8424
Pasadena, CA 91109-8424

DOCTOR HOY'S NATURAL PAIN
9221 E. BASELINE ROAD
STE A-109, #138
MESA, AZ 85209

DONA JO ACTIVEWEAR
80 26TH STREET
SUITE 201
Pittsburgh, PA 15222

ELEKTROPLATE/DIV REAL-TIME MK
5510 ABRAMS RD., SUITE 117
Dallas, TX 75214

ENDEVR, INC
1224 S RIVER ROAD
SUITE B100
Saint George, UT 84790

FAMOUS MINERAL WATER CO.
209 NW 6TH STREET
Mineral Wells, TX 76067

FITLETIC
1049 NW 1ST COURT
Hallandale, FL 33009

FLAGSHIP BRANDS, LLC
POST OFFICE BOX 790379
Saint Louis, MO 63179-0379

FUN SOURCE L.L.C.   VB
5 RIVER ROAD, SUITE 240
Wilton, CT 06897

GATORADE
1400 DISTRIBUTION DRIVE
Carlisle, PA 17013

GLYDER
1382 VALENCIA A
SUITE I
Tustin, CA 92780

GULF COAST BANK & TRUST CO.
TASC PERFORMANCE
PO BOX 731152
Dallas, TX 75373-1152

HALO HATS/SWITCHBACK
12225 KIRKHAM ROAD
SUITE 400
Poway, CA 92064

HANDFUL INC.
16200 SW PACIFIC HWY,
STE H, #115
Portland, OR 97224

HARI MARI
208 SOUTH HASKELL
Dallas, TX 75226

HARMAN INTERNATIONAL INDUSTRIES, INC
27239 NETWORK PLAC
Chicago, IL 60673-1272

HONEYS/EN-R-G FOODS, INC.
735 OAK STREET
Steamboat Springs, CO 80477

HUMA GEL
PO BOX 158054
Nashville, TN 37215

HURLEY INTERNATIONAL, LL
FILE #50142
Los Angeles, CA 90074-0142

HYP GOLF LTD
#115-4631 SHELL ROAD
RICHMOND, QC V6X 3M4
Canada

ICEBREAKER NATURE CLOTHING, INC.
PO BOX 24521
Pasadena, CA 91185-4521

IMPLUS FOOTCARE, LLC
2001 T.W. ALEXANDER DR.
BOX 13925
Durham, NC 27709-3925

ING SOURCE, INC.
1720 TATE BLVD SE
Hickory, NC 28602

INJINJI
10373 ROSELLE ST., SUITE 130
San Diego, CA 92121

INOV-8 INC.
12 Southville Rd
Southborough, MA 01772

J.T.ENTERPRISES LLC/STRASSBURG SOCK
P. O. BOX 1213
Lockport, NY 14095

JELLY BELLY CANDY COMPANY
PO BOX 742799
Los Angeles, CA 90074-2799

JUSTGOGIRL, LLC
PO BOX 163463
Austin, TX 78716

K2 SPORTS/ZOOT SPORTS
P. O. BOX 88967
Chicago, IL 60695-1967

KALI'S SPORT NATURALS, I
CLIF BAR, INC.
1610 FIFTH ST.
BERKELEY, CA 94710

KAVU
WELLS FARGO TRADE CAPITAL SERVICES
PO BOX 91179
Denver, CO 80291-1794

KINESYS INC.
22631 PACIFIC COAST HWY, # 918
Malibu, CA 90265

KT HEALTH LLC
7 SOUTH 1550 WEST#600
Lindon, UT 84042

LEEMARC INDUSTRIES LLC
2471 CORAL STREET
Vista, CA 92081

LONGVIEW ELEVEN, LLC
7656 BYRON DRIVE
SUITE B5
West Palm Beach, FL 33404

LORNA JANE USA, INC
1674 20TH STREET
Entry off Olympic Blvd
Santa Monica, CA 90404

LUCKY IN LOVE
3300 NW 41 STREET
Miami, FL 33142

LUCY
VF OUTDOOR, INC.
13911 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

LUG USA, LLC
PO BOX 91239
Austin, TX 78709-1239

MANHATTAN BEACHWEAR INC
PO BOX 713417
Cincinnati, OH 452713417

MAVERICK SPORTS MEDICINE
dba Pro-Tec Athletics
18080 NE 68th St. #A-150
Redmond, WA 98052

MEDI-DYNE HEALTHCARE PRODUCTS
P. O. BOX 1649
Colleyville, TX 76034

Mizuno USA, Inc.
P. O. Box 101125
Atlanta, GA 30392-1125

NAAWK
9258 S. PROSPERITY RD.
WEST JORDAN, UT 84081

NEW BALANCE ATHLETIC SHO
PO BOX 415206
Boston, MA 02241-5206

NEWTON RUNNING
PO BOX 912511
Denver, CO 80291-2511

NIKE, INC.
P.O. BOX 846066
Dallas, TX 75284-6066

NIP GUARDS, LLC
PMB #361
2232 S. MAIN ST.
ANN ARBOR, MI 48103-6938

NUX
3310 FRUITLAND AVE.
VERNON, CA 90058

ON INC
1937 NW QUIMBY ST
Portland, OR 97209

OOFOS LLC
132 CHIEF JUSTICE CUSHING HWY
Cohasset, MA 02025

ORANGE MUD LLC
7216 OASIS DR
Castle Rock, CO 80108

PACIFICHEALTH LAB., IN
100 MATAWAN ROAD, SUITE 420
Matawan, NJ 07747-3913

PATAGONIA, INC.
P. O. BOX 51352
Los Angeles, CA 90051-5652

PEARL IZUMI/SHIMANO
P.O BOX 710272
Denver, CO 80271-0272

PERFORMANCE FEET LLC
9216 RIO BLANCO DR.
Frisco, TX 75034

PHEEL LLC
21 ROCKLAND PARK AVENUE
Tappan, NY 10983

PICKY BARS INC.
50 SW BOND ST.
SUITE 3
Bend, OR 97702

R.D. MOORMAN, INC
417 WYNDEMERE BLVD
Rockwall, TX 75032

RESE PILATES
11232 CASHMERE ST.
Los Angeles, CA 90049

RHONE
59 GROVE STREET
SUITE 1H
New Canaan, CT 06840

ROCKTAPE
1484 POLLARD ROAD #321
Los Gatos, CA 95032

ROGUE RIVER SPORTS, INC.
P. O. BOX 80427
Atlanta, GA 30366

SAUCONY
WOLVERINE WORLDWIDE
25759 NETWORK PLACE
Chicago, IL 60673-1257

SAXX UNDERWEAR
NO LIMITS SPORTSWEAR INC
68 WEST 5TH AVE
VANCOUVER,CANADA, BC VSY 1H6

SKINS NORTH AMERICA LLC
364 SECOND STREET
SUITE 6
Encinitas, CA 92024

SKRATCH LABS, LLC
2885 WILDERNESS PLACE
UNIT B
Boulder, CO 80301

SKULLCANDY, INC.
P. O. BOX 204619
Dallas, TX 75320-4619

SNOW ANGEL
4145 SANTA FE RD, #1
San Luis Obispo, CA 93401

SPIBELT
8201 EAST RIVERSIDE DRIVE
BUILDING 4, SUITE 125
Austin, TX 78744

SPLITS FIFTY NINE
4223 GLENCOE AVE., SUITE B105
Marina Del Rey, CA 90292

STANCE, INC.
PO BOX 845082
Los Angeles, CA 90084-5082

STI/RUMBLE
PO BOX 45123
Baton Rouge, LA 70895

STRUT-THIS
5611 WINTON COURT
Calabasas, CA 913020

SWEETWOOD CATTLE COMPANY INC.
2670 COPPER RIDGE CIRCLE #3
Steamboat Springs, CO 80487

TAILWIND NUTRITION
ATTN: JEFF VIERLING
6566 CR 250
Durango, CO 81301

TANDEM SPORT
440 BAXTER AVE.
LOUISVILLE, KY 40204

THE FACTOR E LLC
DBA W.I.T.H. - WEAR IT TO HEART
13563 ALONDRA BLVD
Santa Fe Springs, CA 90670

THE UCAN COMPANY, INC.
15 RESEARCH DRIVE SUITE #3
Woodbridge, CT 06525

THORLO, INC.
BRANCH BANKING & TRUST cO.
P. O. BOX 890011
Charlotte, NC 28289-0011

TIFOSI OPTICS, INC.
1011 INDUSTRIAL BLVD
Watkinsville, GA 30677

TIMEX GROUP USA, INC
P. O. BOX 60509
Charlotte, NC 28260

TOESOX
1330 PARK CENTER DRIVE
Vista, CA 92081

TOKER ENGINEERING LLC
4337 HILLVIEW DRIVE
Malibu, CA 90265

TRAVISMATHEW LLC
15202 GRAHAM ST
Huntington Beach, CA 92649

ULTIMA HEALTH PRODUCTS, LLC
P. O. BOX 746
Cortland, OH 44410

ULTIMATE DIRECTION
PO BOX 1992
Philadelphia, PA 19178-1992

UNDER ARMOUR, INC.
P. O. BOX 791022
Baltimore, MD 21279-1022

UNITED SPORTS BRANDS
EB 147
P.O. BOX 1691
Minneapolis, MN 55480-1691

VF OUTDOOR, INC.   (TNF)
13911 COLLECTIONS CENTER DR.
Chicago, IL 60693

VUORI
625 S COAST HIGHWAY
Encinitas, CA 92024

ZAMST
5 CORPORATE PARK
STE 250
Irvine, CA 92606

ZARA TEREZ, LLC.
CIT GROUP/COMMERCIAL SERVICES, INC
P.O. BOX 1036
Charlotte, NC 28201-1036

ZENSAH COMPANY
550 ANSIN BLVD
Hallandale, FL 33009